OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
SEP 10 2014
FILED_____
DOCKETED_____
DATE    INITIAL

| | |
|---|---|
| Case Number | 13-16195, 13-16598, 13-16749 |
| Case Title | Veronica Gutierrez v. Wells Fargo BAnk |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 10/8/14 | Time | 2:30 pm | Courtroom | 1 |
| Location | San Francisco, CA | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Robert A. Long, Jr. |
| Address | Covington & Burling LLP<br>1201 Pennsylvania Ave., NW |

| | | | | | |
|---|---|---|---|---|---|
| City | Washington | State | DC | Zip Code | 20004-2401 |
| Phone | (202) 662-5612 | | Email Address | rlong@cov.com | |

| | |
|---|---|
| Party/parties represented | Wells Fargo Bank, N.A. |
| Special needs you may require in the courtroom | I may need some assistance to ensure that I can hear all the judges' questions. |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | [signature] | Date | 9/9/14 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190